SCHENCK, Appellant, v. MALLIET et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Seward D. Schenck against Charles G. Malliet and Charles B. Hogg. No opinion. Order affirmed, with costs.

SCHOLLE et al. v. METROPOLITAN EL. RY. CO. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by William Scholle and others against the Metropolitan Elevated Railway Company. No opinion. Motion granted. Question certified as stated in memorandum.

SCHWARZBART, Appellant, v. NEW YORK SUGAR REFINING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 14, 1901.) Action by Katharina Schwarzbart, as administratrix, etc., of Joseph Schwarzbart, deceased, against the New York Sugar Refining Company. No opinion. Motion for leave to appeal to the court of appeals granted.

SCOTT SHOE MACHINERY CO. v. DANCEL. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by the Scott Shoe Machinery Company against Christian Dancel. No opinion. Motion denied, with $10 costs.

SEAMAN, Appellant, v. CLARKE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by Albert W. Seaman, as trustee, etc., against Gilmore Clarke and another, as executors, etc. No opinion. Motion granted. Order resettled.

SEILER, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) Action by William F. Seiler against Koppel Cohen. No opinion. Judgment of the municipal court affirmed, with costs.

SEPIROFF, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 7, 1901.) Action by Louise Sepiroff against the Press Publishing Company. F. C. Hoyt, for appellant. W. L. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SERVIS, Respondent. v. SERVIS, Appellants. (Supreme Court, Appellate Division, Fourth Department. July 23, 1901.) Action by Elizabeth H. Servis against George Servis and Matilda Servis.

PER CURIAM. Judgment and order affirmed, with costs, as to appellant George Servis, and reversed, and new trial ordered, with costs to the appellant to abide the event, as to the appellant Matilda Servis, upon the ground that the verdict is contrary to the evidence. All concur, except WILLIAMS, J., who votes for reversal as to both defendants.

SEYBEL et al., Respondents, v. HASLACHER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 4, 1901.) Action by Frederick W. Seybel and others against Samuel Haslacher and others. No opinion. Judgment affirmed, with costs.

SHEAR, Respondent, v. McQUIEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 20, 1901.) Action by Theodore R. Shear, as trustee, etc., against Clara P. McQuien and others. No opinion. Order affirmed, with $10 costs and disbursements.

SILBERSTEIN, Respondent, v. STAHL et al., Appellants. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Action by Edward A. Silberstein, as trustee, against Jacob Stahl, Jr., and others. C. G. F. Wahle, for appellants. H. B. Shoemaker, for respondent. No opinion. Judgment (66 N. Y. Supp. 646) affirmed, with costs, on the opinion of the court below.

SILL STOVE WORKS, Appellant, v. SCOTT et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by the Sill Stove Works against Charles R. Scott, the International Heater Company, and others. No opinion. Orders affirmed, with $10 costs and disbursements. See opinion of CHASE, J., in Stove Works v. Scott, 71 N. Y. Supp. 181.

SMITH, Respondent, v. DYER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 7. 1901.) Action by George M. Smith against John N. Dyer and others. F. M. Avery, for appellants. C. S. Truax, for respondent. No opinion. Judgment affirmed, with costs.

SPINNER, Respondent, v. CROUSE et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Caroline Spinner against George Crouse, Jr., and others. No opinion. Judgment unanimously affirmed, with costs, and appeal from order dismissed, without costs.